No. 614. PUBLIC SERVICE COMMISSION OF WISCONSIN *v.* WISCONSIN TELEPHONE Co. January 8, 1940. Motion of the Committee on Public Utilities of National Lawyers Guild for leave to file a brief as *amicus curiae* submitted by *Mr. Harry Booth* in that behalf and the motion denied.

No. 242. KEYS, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. Argued January 8, 1940. Decided January 15, 1940. *Per Curiam:* The judgment of the Circuit Court of Appeals is reversed and that of the District Court is affirmed upon the ground that the question of assumption of risk was properly submitted to the jury. *Mr. Simone N. Gazan* for petitioner. *Mr. Ray Rood Allen,* with whom *Mr. Frederic D. McKenney* was on the brief, for respondent.

No. —, original. EX PARTE EDWARD QUINN; and
No. —, original. EX PARTE WAYNE WAGGONER. January 15, 1940. The motions for leave to file petitions for writs of habeas corpus are denied.